# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR396 |
| vs. | |
| JEREMIAH HARLAN, | **ORDER** |
| Defendant. | |

Defendant Jeremiah Harlan appeared before the court on July 9, 2018 on a Petition for Offender Under Supervision [101]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Rossiter.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Judge Rossiter in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 30, 2018, at 10:30 a.m. The defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 10th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge